United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBYN GRIFFIN,<br>　　　　Plaintiff,<br>　　v.<br>SAMUEL MERRITT UNIVERSITY,<br>　　　　Defendant. | Case No. 16-cv-01920-KAW<br><br>**ORDER REQUIRING PARTIES TO FILE STIPULATION OF DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 18 |
|---|---|

On June 28, 2016, the parties filed a joint case management statement in which they state that this case has settled. (Dkt. No. 18.) The parties shall file a stipulation of dismissal within 60 days, absent an extension by the Court. The case management conference currently set for July 12, 2016 is continued to September 27, 2016.

IT IS SO ORDERED.

Dated: 06/28/2016

　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge