MICHAEL A. SCHAPS (SBN 247423)
THE SCHAPS LAW OFFICE, A.P.C.
732 THIRD STREET, SUITE B
DAVIS, CA 96516
Telephone: (530) 238-5111
Facsimile:  (530) 231-2829

Attorney for Plaintiff
Robyn Griffin

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN GRIFFIN, an individual,<br><br>            Plaintiff,<br><br>       vs.<br><br><br>SAMUEL MERRITT UNIVERSITY, a California Corporation,<br><br>            Defendant. | Case No.  16-CV-01920-KAW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL WITH<br>PREJUDICE** |

/ / /

The parties hereto, having resolved their dispute pursuant to a written settlement agreement executed on September 22, 2016, hereby stipulate to the dismissal with prejudice of this action, each party to bear its own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the parties' settlement agreement.

Dated: September 27, 2016            THE SCHAPS LAW OFFICE, A.P.C.

                                     By: _____/s/_____
                                     Michael A. Schaps
                                     Attorney for Plaintiff Robyn Griffin

Dated: September 27, 2016            FOX ROTHSCHILD LLP

                                     By: _____/s/_____
                                     Alexander Hernaez
                                     Attorney for Defendant Samuel Merritt University

It is hereby ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs. The Court will retain jurisdiction to enforce the parties' settlement agreement.

Dated: 9/30/16                       _____
                                     United States Magistrate Judge